Debtor 1    Josh Lee Young

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio

Case number    1740615

## Official Form 410S1

# Notice of Mortgage Payment Change    **12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date
of this notice                                          07/01/2019

**New total payment:**
Principal, interest, and escrow, if any    $507.37

**Last 4 digits** of any number you use to
identify the debtor's account:        0    2    0    9

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 159.05                New escrow payment: $ 277.23

---

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%                New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

---

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Tavon Taylor                          Date    05/24/2019
   Signature

Print: TAYLOR,TAVON                        VP Loan Documentation
      First Name    Middle Name    Last Name    Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street

         1000 Blue Gentian Road
         Address 2

         Eagan                    MN    55121-7700
         City                     State  ZIP Code

Contact phone  800-274-7025      NoticeOfPaymentChangeInquiries@wellsfargo.com
                                  Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Chapter 13 No. 1740615
Judge: KAY WOODS

In re:

Josh Lee Young

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 28, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                              By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

                                     Josh Lee Young
                                     370 Summer

                                     Leetonia OH 44431


                                     By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
                                     N/A



Debtor's Attorney:                   By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

                                     Robert A. Ciotola
                                     Attorney
                                     3701 Boardman Canfield Road
                                     Unit 1
                                     Canfield OH 44406


                                     By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
                                     N/A



Trustee:                             By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

                                     Michael A. Gallo
                                     Trustee
                                     5048 Belmont Avenue

                                     Youngstown OH 44505

                                     /s/Tavon Taylor

                                     VP Loan Documentation
                                     Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

<span style="color:red">Escrow Review Statement</span>
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | May 9, 2019 |
| **Loan number:** | ████████ |
| **Property address:** | |
| | 370 SOMER ST |
| | LEETONIA OH 44431-1249 |

JOSHUA L YOUNG
370 SOMER ST
LEETONIA OH 44431-1249

<span style="color:red">Customer Service</span>



**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT



We accept telecommunications relay service calls

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **July 1, 2019** payment, the contractual portion of the escrow payment **increases**.

<div style="border:2px solid red; text-align:center">

The escrow account has a shortage of
**$855.23**

</div>

## Part 1 - Mortgage payment

<span style="background:green; color:white">**Option 1**</span>   **Pay the shortage amount over 12 months**

| | Previous payment through 06/01/2019 payment date | New payment beginning with the 07/01/2019 payment |
|---|---|---|
| Principal and/or interest | $230.14 | $230.14 |
| Escrow payment | $159.05 | $277.23 |
| Total payment amount | $389.19 | $507.37 |

<div style="border:1px solid green">

**Option 1: No action required**

Starting **July 1, 2019** the new contractual payment amount will be **$507.37**

</div>

<span style="background:orange; color:white">**Option 2**</span>   **Pay the shortage amount of $855.23**

| | Previous payment through 06/01/2019 payment date | New payment beginning with the 07/01/2019 payment |
|---|---|---|
| Principal and/or interest | $230.14 | $230.14 |
| Escrow payment | $159.05 | $205.96 |
| Total payment amount | $389.19 | $436.10 |

<div style="border:1px solid orange">

**Option 2: Pay shortage in full**

Starting **July 1, 2019** the new contractual payment amount will be **$436.10**

</div>

**See Page 2 for additional details.**



JOSHUA L YOUNG

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $855.23 to the address that appears on this coupon.

This payment must be received no later than **July 1, 2019**.

708 ████████ 6 10 02 00038919 00043610 00124442 00085523 3

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $2,448.66. For the coming year, we expect the amount paid from escrow to be $2,471.52.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 05/17 - 04/18 (Actual) | 01/18 - 12/18 (Actual) | 07/18 - 05/19 (Actual) | 07/19 - 06/20 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $830.01 | $830.08 | $825.34 | $820.60 | ÷ | 12 | = | $68.38 |
| Property insurance | $722.00 | $1,106.00 | $1,305.00 | $1,304.00 | ÷ | 12 | = | $108.67 |
| Total taxes and insurance | $1,552.01 | $1,936.08 | $2,130.34 | $2,124.60 | ÷ | 12 | = | $177.05 |
| Escrow shortage | $0.00 | $0.00 | $0.00 | $855.23 | ÷ | 12 | = | $71.27** |
| Mortgage insurance | $362.68 | $356.52 | $322.81 | $346.92 | ÷ | 12 | = | $28.91 |
| Total escrow | $1,914.69 | $2,292.60 | $2,453.15 | $3,326.75 | ÷ | 12 | = | $277.23 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  February, 2020 | | -$692.33 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $191.20 | |
| Minimum balance for the escrow account† | - | $354.10 | (Calculated as: $177.05 X 2 months) |
| **Escrow shortage** | = | -$855.23 | |

‡This adjustment of $191.20, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

**Loan Number:** ▮▮▮▮▮▮

## Part 3 - Escrow account projections

Escrow account projections from July, 2019 to June, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jun 2019 | | | Starting balance | $15.87 | $1,062.30 |
| Jul 2019 | $205.96 | $28.91 | FHA Insurance | $192.92 | $1,239.35 |
| Aug 2019 | $205.96 | $28.91 | FHA Insurance | $369.97 | $1,416.40 |
| Aug 2019 | $0.00 | $410.30 | COLUMBIANA COUNTY(4)(A) | -$40.33 | $1,006.10 |
| Sep 2019 | $205.96 | $28.91 | FHA Insurance | $136.72 | $1,183.15 |
| Oct 2019 | $205.96 | $28.91 | FHA Insurance | $313.77 | $1,360.20 |
| Nov 2019 | $205.96 | $28.91 | FHA Insurance | $490.82 | $1,537.25 |
| Dec 2019 | $205.96 | $28.91 | FHA Insurance | $667.87 | $1,714.30 |
| Dec 2019 | $0.00 | $1,304.00 | STATE FARM INS | -$636.13 | $410.30 |
| Jan 2020 | $205.96 | $28.91 | FHA Insurance | -$459.08 | $587.35 |
| Feb 2020 | $205.96 | $28.91 | FHA Insurance | -$282.03 | $764.40 |
| Feb 2020 | $0.00 | $410.30 | COLUMBIANA COUNTY(4)(A) | -$692.33 | $354.10 |
| Mar 2020 | $205.96 | $28.91 | FHA Insurance | -$515.28 | $531.15 |
| Apr 2020 | $205.96 | $28.91 | FHA Insurance | -$338.23 | $708.20 |
| May 2020 | $205.96 | $28.91 | FHA Insurance | -$161.18 | $885.25 |
| Jun 2020 | $205.96 | $28.91 | FHA Insurance | $15.87 | $1,062.30 |
| Totals | $2,471.52 | $2,471.52 | | | |

## Part 4 - Escrow account history

Escrow account activity from July, 2018 to June, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jul 2018 | | | | | | | Starting Balance | -$533.83 | $776.04 | -$1,309.87 |
| Jul 2018 | $159.81 | $159.05 | $0.76 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$374.02 | $905.38 | -$1,279.40 |
| Jul 2018 | $0.00 | $0.00 | $0.00 | $29.71 | $0.00 | $29.71 | FHA Insurance | -$403.73 | $905.38 | -$1,309.11 |
| Aug 2018 | $159.81 | $159.05 | $0.76 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$243.92 | $1,034.72 | -$1,278.64 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $415.04 | $415.04 | $0.00 | COLUMBIANA COUNTY(4)(A) | -$658.96 | $619.68 | -$1,278.64 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $29.71 | $0.00 | $29.71 | FHA Insurance | -$688.67 | $619.68 | -$1,308.35 |
| Sep 2018 | $159.81 | $159.05 | $0.76 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$528.86 | $749.02 | -$1,277.88 |
| Sep 2018 | $0.00 | $0.00 | $0.00 | $29.71 | $0.00 | $29.71 | FHA Insurance | -$558.57 | $749.02 | -$1,307.59 |
| Oct 2018 | $159.81 | $159.05 | $0.76 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$398.76 | $878.36 | -$1,277.12 |
| Oct 2018 | $0.00 | $0.00 | $0.00 | $29.71 | $0.00 | $29.71 | FHA Insurance | -$428.47 | $878.36 | -$1,306.83 |
| Nov 2018 | $319.62 | $159.05 | $160.57 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$108.85 | $1,007.70 | -$1,116.55 |
| Nov 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $722.00 | -$722.00 | WOODVILLE MUT INS | -$108.85 | $285.70 | -$394.55 |
| Nov 2018 | $0.00 | $0.00 | $0.00 | $29.71 | $0.00 | $29.71 | FHA Insurance | -$138.56 | $285.70 | -$424.26 |
| Dec 2018 | $159.81 | $159.05 | $0.76 | $29.71 | $29.71 | $0.00 | FHA Insurance | -$8.46 | $415.04 | -$423.50 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $1,106.00 | $0.00 | $1,106.00 | STATE FARM INS | -$1,114.46 | $415.04 | -$1,529.50 |
| Jan 2019 | $163.54 | $159.05 | $4.49 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$950.92 | $544.38 | -$1,495.30 |
| Jan 2019 | $0.00 | $0.00 | $0.00 | $28.91 | $0.00 | $28.91 | FHA Insurance | -$979.83 | $544.38 | -$1,524.21 |
| Jan 2019 | $0.00 | $0.00 | $0.00 | $199.00 | $0.00 | $199.00 | STATE FARM INS | -$1,178.83 | $544.38 | -$1,723.21 |
| Feb 2019 | $159.05 | $159.05 | $0.00 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$1,019.78 | $673.72 | -$1,693.50 |
| Feb 2019 | $0.00 | $0.00 | $0.00 | $410.30 | $415.04 | -$4.74 | COLUMBIANA COUNTY(4)(A) | -$1,430.08 | $258.68 | -$1,688.76 |
| Feb 2019 | $0.00 | $0.00 | $0.00 | $28.91 | $0.00 | $28.91 | FHA Insurance | -$1,458.99 | $258.68 | -$1,717.67 |
| Mar 2019 | $318.10 | $159.05 | $159.05 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$1,140.89 | $388.02 | -$1,528.91 |
| Mar 2019 | $0.00 | $0.00 | $0.00 | $28.91 | $0.00 | $28.91 | FHA Insurance | -$1,169.80 | $388.02 | -$1,557.82 |
| Apr 2019 | $159.05 | $159.05 | $0.00 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$1,010.75 | $517.36 | -$1,528.11 |
| Apr 2019 | $0.00 | $0.00 | $0.00 | $28.91 | $0.00 | $28.91 | FHA Insurance | -$1,039.66 | $517.36 | -$1,557.02 |
| May 2019 (estimate) | $954.30 | $159.05 | $795.25 | $0.00 | $29.71 | -$29.71 | FHA Insurance | -$85.36 | $646.70 | -$732.06 |
| May 2019 | $0.00 | $0.00 | $0.00 | $28.91 | $0.00 | $28.91 | FHA Insurance | -$114.27 | $646.70 | -$760.97 |
| Jun 2019 (estimate) | $159.05 | $159.05 | $0.00 | $28.91 | $29.71 | -$0.80 | FHA Insurance | $15.87 | $776.04 | -$760.17 |
| Totals | $3,031.76 | $1,908.60 | $1,123.16 | $2,482.06 | $1,908.60 | $573.46 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18