Fill in this information to identify the case:

Debtor 1  Josh Lee Young

Debtor 2  
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio

Case number  1740615

Official Form 410S1

# Amended Notice of Mortgage Payment Change          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date of this notice          07/01/2020

**New total payment:**
Principal, interest, and escrow, if any          $414.05

**Last 4 digits** of any number you use to identify the debtor's account:  0 2 0 9

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____          **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____ %          **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Payment change resulting from a deletion of Mortgage Insurance Premium

   **Current mortgage payment:** $ 507.37          **New mortgage payment:** $ 414.05

| Debtor 1 | Josh Lee Young | | | Case number (if known) | 1740615 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Signature: /s/Rosemary Allen

Date: 06/24/2020

Print: ALLEN, ROSEMARY
First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number   Street

1000 Blue Gentian Road
Address 2

Eagan    MN    55121-7700
City    State    ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Chapter 13   No. 1740615
Judge: RUSS KENDIG

In re:

Josh Lee Young

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 24, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**   By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Josh Lee Young
370 Summer

Leetonia OH 44431

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**   By Court's CM/ECF system registered email address

Robert A. Ciotola

3701 Boardman Canfield Road Unit 1

Canfield OH 44406

By Court's CM/ECF system registered email address

N/A

**Trustee:**   By Court's CM/ECF system registered email address

Michael A. Gallo

5048 Belmont Avenue

Youngstown OH 44505

/s/Rosemary Allen

VP Loan Documentation

Wells Fargo Bank, N.A.